UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2018 DEC 21  A 9: 18

US DISTRICT COURT

ArnoldLWhitaker.Sr
_____
                Plaintiff,
v.                                                    Case No. 3 18 CV 2100 KAD
                                                      (To be supplied by the Court)
Stop & ShopSupermarket Company LLC
_____
                Defendant(s).

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1. Plaintiff resides at the following location: 243Sylvan.St Bridgeport.Ct

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 150 WhalleyAve,NewHaven,CT

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: 6/27/1957

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

(B) ☐ Termination of my employment. I was terminated from my employment on the following date: ____

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): ____

(D) ☒ Other acts as specified below: On or about May of 2018 I was Employee of Stop & Shop and on that day, I was having a dispute with a Manager and at that time we not coming to any type of agreement, I proceed out side and at that time another manager come to me. we started to have a conversation and at time, Ms.Maria Mase cash Department Head came out side and started to argue with me and I stated that(SLAVERY)days is over with and she started that slavery day is not over and that I was still a Slave. so I ask the other manager did you hear what she said and he said not.

2

5.  The conduct of the Defendant(s) was discriminatory because it was based upon: race [X], color [X], religion [ ], sex [ ], age [ ], national origin [ ] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

6.  The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

    The statement that the manager made unethical and bias towards me. and no manager in any CORPORATION should make such a statement.

7.  The approximate number of persons who are employed by the Defendant employer I am suing is: Corporation.Stop & Shop. Supermarket Company

8.  The alleged discrimination occurred on or about the following date(s) or time period: 5/2018

9.     I filed charges with the:

☐     Equal Employment Opportunity Commission

☐     Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _____.

**[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including **[NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐     Injunctive orders (specify the type of injunctive relief sought): _____
_____;

☐     Backpay;

4

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __

Pain and Suffering$ 5,000,000 in Damages.

☐ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _____

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☒   DO NOT ☒   demand a trial by jury.

_Arnold Whitaker_

_____   **Plaintiff's Original Signature**
Original signature of attorney (if any)

Arnold H. Whitaker 243
Printed Name and address
Sylvan St Bpt CT 06606

( )   _____   203 ) 526-3036
Attorney's telephone         Plaintiff's telephone

_____   _____
Email address if available      Email address if available

Dated: 6/15/2018

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Stop&Shop.NewHaven.Ct  on  May/2018  .
              (location)                     (date)

*[signature: Oswald Whitaker]*
**Plaintiff's Original Signature**

(Rev. 3/23/16)

Any money owed to doctors, hospitals, lawyers
   Please list:_____ $_____
   Please list:_____ $_____
Monthly payment for maintenance or child support
under separation or dissolution agreement: $_____
Estimated monthly expenditure on food: $_____
Estimated monthly expenditure on clothing: $_____

Total amount of monthly obligations: $_____

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | No Ho | | |
| 3. | | | |
| 4. | | | |

Date: 12/21/18

_____
**Original Signature of Affiant**

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 12/21/18  _____
Original Signature of Affiant

Rev. 6-2-17

5